Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

*Attorney for Defendant Protective Life Insurance Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA LANMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PROTECTIVE LIFE INSURANCE COMPANY; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-01539-KJD-VCF<br><br><br><br>**STIPULATION TO DISMISS** |
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>　　　Interpleader Plaintiff,<br><br>vs.<br><br>PATRICIA LANMAN; ROY WEISS and PAUL L. WEISS, in their capacity as Administrators of the Estate of Stephen Lawrence Weiss,<br><br>　　　Interpleader Defendants. | |

///

///

///

Defendant and Interpleader Plaintiff, PROTECTIVE LIFE INSURANCE CO., by and through its counsel of record, SNELL & WILMER L.LP., Plaintiff, PATRICIA LANMAN, by and through her counsel of record, the law firm of VANNAH & VANNAH, and Interpleader Defendants, ROY WEISS AND PAUL L. WEISS, as Special Administrators of the Estate of Stephen Lawrence Weiss, by and through their counsel of record, JEFFREY BURR, LTD., submit this stipulation as follows:

**IT IS HEREBY STIPULATED AND AGREED** that all claims against all parties plead in this action be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 5th day of April, 2017.  Dated this 21st day of March, 2017.

/s/ *Kelly Dove*  /s/ *Tamara Vannah*

**SNELL & WILMER L.L.P.**  **VANNAH & VANNAH**
Kelly H. Dove, Esq.  Robert D. Vannah, Esq.
3883 Howard Hughes Parkway #1100  Tamara V. Lile, Esq.
Las Vegas, NV 89169  400 South 7th Street, 4th Floor
kdove@swlaw.com  Las Vegas, NV 89101
*Attorney for Defendant Protective Life Insurance Co.*  rvannah@vannahlaw.com
  tvlile@vannahlaw.com
  *Attorneys for Plaintiff Patricia Lanman*

Dated this ___ day of January, 2017.

/s/

**JEFFREY BURR, LTD.**
John R. Mugan, Esq.
Michael D. Lunn, Esq.
2600 Paseo Verde Parkway
Henderson, NV 89074
john@jeffreyburr.com
michael@jeffreyburr.com
*Attorneys for Interpleader Defendants Roy Weiss and Paul L. Weiss, as Special Administrators of the Estate of Stephen Lawrence Weiss*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Defendant and Interpleader Plaintiff, PROTECTIVE LIFE INSURANCE CO., by and through its counsel of record, SNELL & WILMER L.LP., Plaintiff, PATRICIA LANMAN, by and through her counsel of record, the law firm of VANNAH & VANNAH, and Interpleader Defendants, ROY WEISS AND PAUL L. WEISS, as Special Administrators of the Estate of Stephen Lawrence Weiss, by and through their counsel of record, JEFFREY BURR, LTD., submit this stipulation as follows:

**IT IS HEREBY STIPULATED AND AGREED** that all claims against all parties plead in this action be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this ___ day of January, 2017.    Dated this ___ day of January, 2017.

/s/ _____    /s/ _____

**SNELL & WILMER L.L.P.**    **VANNAH & VANNAH**
Kelly H. Dove, Esq.    Robert D. Vannah, Esq.
3883 Howard Hughes Parkway #1100    Tamara V. Lile, Esq.
Las Vegas, NV 89169    400 South 7th Street, 4th Floor
kdove@swlaw.com    Las Vegas, NV 89101
*Attorney for Defendant Protective Life*    rvannah@vannahlaw.com
*Insurance Co.*    tvlile@vannahlaw.com
    *Attorneys for Plaintiff Patricia Lanman*

Dated this ___ day of January, 2017.

/s/ [signature]

**JEFFREY BURR, LTD.**
John R. Mugan, Esq.
Michael D. Lunn, Esq.
2600 Paseo Verde Parkway
Henderson, NV 89074
john@jeffreyburr.com
michael@jeffreyburr.com
*Attorneys for Interpleader Defendants Roy Weiss and Paul L. Weiss, as Special Administrators of the Estate of Stephen Lawrence Weiss*

**ORDER**

**IT IS HEREBY ORDERED** that all claims plead in this action are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the parties will bear their own costs and attorneys' fees associated with this action.

Dated this 19th day of April, 2017.

_____
DISTRICT COURT JUDGE

4837-4872-8388